IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Respondent,

vs.                                  CASE NO. 5:06cr03(01)/RS-GRJ

SCOTT EDWARD NEWSOME,

    Petitioner.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 36) and Petitioner's Objections To The Magistrate's Recommendation And Report (Doc. 37). I have reviewed Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Petitioner's Motion To Vacate, Set Aside, Or Correct Sentence Pursuant To 28 U.S.C. §2255 (Doc. 35) is denied as untimely pursuant 28 U.S.C. §2255(f).

**ORDERED** on November 16, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**